IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAELLEN A. KNAPEK,              )<br>                                               )<br>     Petitioner,                         )     Case No. CV 06-123-S-LMB<br>                                               )<br>v.                                            )<br>                                               )     JUDGMENT<br>COMMISSIONER, SOCIAL SECURITY  )<br>ADMINISTRATION,                 )<br>                                               )<br>     Respondent.                      )<br>_____) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

DISMISSED in its entirety with prejudice.

DATED: **June 25, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge